UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-173-FL-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| **ROTHAL PIKE,** | ) | |
| Defendant | ) | |

Before the Court is an unopposed motion by the Defendant to modify his conditions of probation to the extent of replacing the condition of 45 days of intermittent confinement with house arrest and electronic monitoring for 120 days.

Having considered the premises advanced in the motion, and counsel for the Defendant having represented that counsel for the United States, as well as the U.S. Probation Office do not object, the Court ALLOWS the Defendant's motion and orders the following modification of his conditions of probation:

a. That the Defendant's condition of probation of 45 days of intermittent confinement be replaced with house arrest and electronic monitoring for 120 days; and,
b. That the Defendant is responsible for the cost of house arrest and location monitoring.

SO ORDERED. This 18th day of August, 2015.

Louise W. Flanagan
United States District Judge